UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD D. JACKSON, | ) | CASE NO. LA CV 15-06779-VBF (GJS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN AT IRONWOOD STATE PRISON, | ) | |
| Respondent. | ) | |

Pursuant to this Court's contemporaneously issued Order Dismissing For Lack of Jurisdiction the Prisoner's Motion to "Toll" the Statute of Limitations Governing His Contemplated 28 U.S.C. § 2254 Habeas Corpus Petition and Denying a Certificate of Appealability,

**IT IS ADJUDGED that this action is dismissed without prejudice.**

DATED: September 16, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE